UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

           Plaintiff,

           -v.-

$457,749.55 IN UNITED STATES CURRENCY
FORMERLY ON DEPOSIT AT TD BANK IN
ACCOUNT NUMBER 4332955347 HELD IN THE
NAME OF LANDMASS REAL ESTATE
DEVELOPER;

           Defendant in Rem.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 7/21/2020 |

<u>JUDGMENT OF FORFEITURE</u>

20 Civ. 2181 (MKV)

        WHEREAS, on or about March 11, 2020, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendant in Rem, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint").

        WHEREAS, the Verified Complaint alleged that the Defendant in Rem is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 981(a)(1)(C);

        WHEREAS, notice of the Verified Complaint against the Defendant in Rem was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 19, 2020, through April 17, 2020, and proof of such publication was filed with the Clerk of this Court on May 26, 2020 (D.E. 3);

        WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant in Rem and the intent of the United States to forfeit and dispose of the Defendant in Rem, thereby notifying all third parties of their right to file a claim to adjudicate

the validity of their alleged legal interest in the Defendant in Rem, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about October 4, 2018, Abisoye Ariyo and Monica Ariyo were charged, in the Southern District of New York, in a two-count Indictment, 18 Cr. 725 (ALC) (the "Indictment"), with conspiracy to operate an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1960;

WHEREAS, on or about August 15, 2019, Monica Ariyo entered into a Deferred Prosecution Agreement with the Government in relation to the counts charged against her in the Indictment;

WHEREAS, on or about October 24, 2019, Abisoye Ariyo entered into a Deferred Prosecution Agreement with the Government in relation to the counts charged against him in the Indictment;

WHEREAS, Landmass Real Estate Developer ("Landmass"), is a trade-name registered in New Jersey, for sole proprietorship owned by Abisoye Ariyo and Monica Ariyo;

WHEREAS, pursuant to the terms of their Deferred Prosecution Agreements, both Monica Ariyo and Abisoye Ariyo consented to the forfeiture of the Defendant in Rem and agreed not to file a claim in any civil forfeiture proceedings involving the Defendant in Rem;

WHEREAS, Monica Ariyo, Abisoye Ariyo, and Landmass are the only persons and/or entities known by the Government to have a potential interest in the Defendant in Rem; and

WHEREAS, no claims or answers have been filed or made in this action and other parties have appeared to contest the action, and the requisite time periods in which to do so, as set

forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant in Rem shall be, and the same hereby is forfeited to the plaintiff United States of America.

2. The Department of Homeland Security/Homeland Security Investigations/ United States Customs and Border Protection (or its designee) shall dispose of the Defendant in Rem, according to law.

3. The Clerk of the Court shall forward four certified copies of this Judgment of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: July 21, 2020
       New York, New York

SO ORDERED:

_____
THE HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE